UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 21-10097 |
| COREY BRYANT | : | **ORDER OF DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, United States Attorney for the District of New Jersey, hereby dismisses the Criminal Complaint against defendant Corey Bryant which charges the defendant with conspiracy to distribute a quantity of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), in violation of Title 21, United States Code, Section 846 (Count One), and possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 2 (Count Two), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

PHILIP R. SELLINGER
United States Attorney

Leave of the Court is granted for filing the foregoing dismissal.

HON. ~~MICHAEL A. HAMMER~~ JAMES B CLARK III
United States Magistrate Judge